IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 1:25-cv-2986 |
| ROLAND PARK SNF OPERATIONS, LLC, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION FOR STAY OF PROCEEDINGS AND EXTENSION OF DEADLINES WITH REQUEST FOR EXPEDITED RULING**

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") hereby files the instant Motion for Stay of Proceedings and Extension of Deadlines with Request for Expedited Ruling in the above-styled and numbered action due to the lapse in federal government appropriations and resulting agency shutdown. In support of the instant Motion, EEOC states as follows:

1. Federal government appropriations lapsed at midnight on October 1, 2025, resulting in a shutdown. Consequently, EEOC cannot conduct normal agency operations and has been required to furlough staff, including EEOC counsel of record in this matter.

2. As a federal agency, EEOC is subject to the Antideficiency Act, which provides in part that an "officer or employee of the United States Government . . . may not . . . involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies . . . ." 31

1

U.S.C. § 1342. Such emergencies "do[ ] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

3.     Thus, by operation of the Antideficiency Act, 31 U.S.C. §§ 1341-55, EEOC is prohibited from conducting any litigation activities in this matter during the shutdown, except for a four-hour wind-down of normal agency operations on October 1, 2025.

4.     Therefore, the EEOC respectfully requests that this Court enter an order staying all proceedings in the present litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

5.     On September 11, 2025, counsel for the EEOC mailed to Defendants a request for waiver of service of process compliant with Federal Rule of Civil Procedure 4(d)(1). The thirty days to respond to this request has not yet passed. Defendants have not responded to this request nor identified counsel representing them in this matter. Because of this, EEOC has been unable to request consent from Defendants for this Motion.

6.     EEOC respectfully requests an expedited ruling on this Motion.

WHEREFORE, Plaintiff EEOC respectfully requests that the Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

*/s/ Lindsay Sfekas*
LINDSAY C. SFEKAS
SENIOR TRIAL ATTORNEY
D. Md. Bar No. 19893
EEOC – Baltimore Field Office
George H. Fallon Federal Building
31 Hopkins Plaza, Suite 1432
Baltimore, MD 21201
Phone: (410) 801-6713
Fax: (443) 992-7880
Email: lindsay.sfekas@eeoc.gov
