**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:25-cv-2986-SAG** |
| **ROLAND PARK SNF OPERATIONS, LLC, et al.** | ) ) ) | |
| **Defendants.** | ) ) ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of Emily Datnoff as counsel for Plaintiff U.S. Equal

Employment Opportunity Commission (EEOC) in the above-captioned civil action.

Dated: March 11, 2026                     Respectfully submitted:

*/s/ Emily Datnoff*
Emily Datnoff (Bar No. 29464)
Trial Attorney
U.S. Equal Employment Opportunity Commission
Baltimore Field Office
31 Hopkins Plaza, Suite 1432
Baltimore, Maryland
emily.datnoff@eeoc.gov
Tel: 410-801-6708

*Counsel for the EEOC*

1

## CERTFICATE OF SERVICE

I hereby certify that on March 11, 2026, a true and accurate copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Emily Datnoff
Emily Datnoff
Trial Attorney

*Counsel for EEOC*
